UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re: SARJU H. PATEL          CASE NO.: 6:10-bk-15735-ABB

    Debtor.
_____/

**Chapter 13 Plan**

    COMES NOW, the Debtor(s) and files this Chapter 13 Plan. The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan payment |
|---|---|
| 1- 60 (October, 2010 – September, 2015) | $1507.44 |

    The Debtor(s)(s) shall pay by **money order**, **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees:**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Kathleen S. Davies | $2,000.00 | $333.33 | 01-06 |

**Secured Claims:**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| SunTrust Mortgage | Cram Down Mortgage on 142 Woodbury Pines Orlando, FL to $132,000.00 | | |
| | $132,000.00 @ 5.4% | $574.93 | 01-06 |
| | | $608.26 | 07-32 |
| | | $908.26 | 33-60 |
| Fairwinds Credit Union | $7,749.00 @ 5% | $300.00 | 07-32 |

**Secured Arrearage:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| SunTrust Mortgage | $27,000.00 | $450.00 | 01-60 |

**Secured Gap Payments:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| SunTrust Mortgage | $1482.44 | $24.71 | 01-60 |

**Claim to be Stripped:**

CitiBank, N.A.      Strip second mortgage on 142 Woodbury Pines, Orlando, FL

**Property to Be Surrendered:**

**Creditor Names:**
SunTrust Mortgage
SunTrust Bank
Mira Vista at Harbortown

**Property Address:**
13846 Atlantic Blvd., #611
Jacksonville, FL

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made.

Property of the Estate revest in the Debtor upon confirmation of the plan.

**Balloon Payment**: Within 60 months hereof, debtor shall refinance or sell the property that secures the claim of SunTrust Mortgage, and pay the balance of said claim, then the administrative claims of the Chapter 13 Trustee and the undersigned attorney from the proceeds.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this ___15th___ day of ___September___, 2010.

*Kathleen S. Davies*
Kathleen S. Davies
Fl. Bar No. 725579
126 East Jefferson Street
Orlando, FL 32801
Telephone: 407-540-1010
Facsimile: 407-649-3038
KDavies@TheDaviesLawFirm.com
Attorney for Debtors

```
Label Matrix for local noticing          American Express                        Attn: Earl K. Wood  Orange County
113A-6                                   c/o Becket and Lee LLP                  Post Office Box 2551
Case 6:10-bk-15735-ABB                   P.O. Box 3001                           Orlando FL 32802-2551
Middle District of Florida               Malvern, PA 19355-0701
Orlando
Thu Sep 16 00:09:05 EDT 2010

Barclays Bank Delaware                   Capital One, N.a.                       Chase
Attn: Customer Support Department        C/O American Infosource                 P.O. Box 15298
P.O. Box 8833                            Po Box 54529                            Wilmington, DE 19850-5298
Wilmington, DE 19899-8833                Oklahoma City, OK 73154-1529


Chela                                    Citi Cards                              Citibank NA
Attn: Bankruptcy                         P.O. Box 6241                           Attn.: Centralized BK
Po Box 9500                              Sioux Falls, SD 57117-6241              P.O. Box 20507
Wilkes-Barre, PA 18773-9500                                                      Kansas City, MO 64195-0507


Citibank Sd, Na                          Coastal Bank                            Credit Collection Services
Attn: Centralized Bankruptcy             2105 N Courtenay Pkwy                   Two Wells Avenue
P.O. Box 20507                           Merritt Island, FL 32953-4237           Newton Center, MA 02459-3246
Kansas City, MO 64195-0507


Credit First                             Credit First National Association       Kathleen S Davies
Po Box 818011                            Po Box 818011                           The Davies Law Firm LLC
Cleveland, OH 44181-8011                 Cleveland, OH 44181-8011                126 East Jefferson Street
                                                                                 Orlando, FL 32801-1830


Discover Bank                            Discover Financial                      (p)FAIRWINDS CREDIT UNION
Dfs Services LLC                         Attention: Bankruptcy Dept              3075 N ALAFAYA TRAIL
PO Box 3025                              P.O. Box 3025                           STE 120
New Albany, OH 43054-3025                New Albany, OH 43054-3025               ORLANDO FL 32826-3259


Fairwinds Credit Union                   Florida Department of Revenue           Gemb/care Credit
3075 N Alafaya TR Ste 120                Bankruptcy Unit                         Attn: Bankruptcy
Orlando FL 32826-3259                    Post Office Box 6668                    Po Box 103106
                                         Tallahassee FL 32314-6668               Roswell, GA 30076-9106


HSBC Bank                                HSBC Best Buy                           Harshad Patel
Attn: Bankruptcy                         Attn: Bankruptcy                        108 E. Central Blvd.
P.O. Box 5213                            P.O. Box 5263                           Cape Canaveral, FL 32920-2606
Carol Stream, IL 60197-5213              Carol Stream, IL 60197-5263


(p)INTERNAL REVENUE SERVICE              Kumba Realty                            Lvnv Funding LLC
CENTRALIZED INSOLVENCY OPERATIONS        890 Northern Way                        P.O. Box 740281
PO BOX 21126                             Suite C-2                               Houston, TX 77274-0281
PHILADELPHIA PA 19114-0326               Winter Springs, FL 32708-3880


Manisha A. Patel                         MiraVista at Harbortown                 Orange County Tax Collector
108 E. Central Blvd.                     5455 A1A South                          Attn: Earl K. Wood
Cape Canaveral, FL 32920-2606            Saint Augustine, FL 32080-7111          Post Office Box 2551
```

| | | |
|---|---|---|
| Sarju H. Patel<br>1208 Roscomare Ave.<br>Orlando, FL 32806-1859 | Portfolio Rc<br>Attn: Bankruptcy<br>P.O. Box 41067<br>Norfolk, VA 23541-1067 | Suntrust Bank<br>7455 Chancellor Drive Mc Fl<br>Orlando, FL 32809-6213 |
| Suntrust Bank<br>Attn: Bankruptcy<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | Suntrust Mortgage/cc 5<br>Attention: Bankruptcy<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | Vikram Patel<br>142 Woodbury Pines Circle<br>Orlando, FL 32828-9019 |
| Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | Wells Fargo<br>Attn: Collection Servicing<br>1st Floor, M<br>P.O. Box 31557<br>Billings, MT 59107-1557 | Wells Fargo Bank<br>18700 NW Walker Rd<br>Beaverton, OR 97006-2950 |
| Wells Fargo Bank, N.A.<br>c/o Wells Fargo Card Services<br>Recovery Department<br>P.O. Box 9210<br>Des Moines, IA 50306-9210 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Fairwinds Credit Union<br>2475 Sand Lake Rd<br>Orlando, FL 32809 | Internal Revenue Service<br>Post Office Box 21126<br>Philadelphia PA 19114 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Arthur B. Briskman<br>Orlando | End of Label Matrix<br>Mailable recipients    39<br>Bypassed recipients     1<br>Total                   40 |