UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 10-15735-ABB
CHAPTER 13 CASE

IN RE:

SARJU H PATEL

Debtor.
_____/

## NOTICE OF APPEARANCE REQUESTED TO BE PLACED ON LOCAL RULES 1007-2 PARTIES IN THE INTEREST LIST

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as attorney for **SUNTRUST MORTGAGE, INC.,** secured creditor of the above styled Debtor(s).

Pursuant to the provisions of Local Rule 2002-1 (e), request is hereby made that the undersigned counsel be placed on the LOCAL RULE 1007-2 PARTIES IN INTEREST LIST and that copies of all notices, orders and other pleadings filed herein be served upon the undersigned.

I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid **and/or electronic mail** this 24th day of September, 2010.

Law Offices of Marshall C. Watson, P.A.
1800 N.W. 49TH Street, Suite 120
Fort Lauderdale, FL 33309
Telephone: (954) 453-0365/1-800-441-2438
Facsimile: (954) 689-2517
taji.foreman@marshallwatson.com

By: /s/ Taji Foreman, Esq.
Taji Foreman, Esq.
Bar Number: 58606

**Taji S. Foreman, Esq.**
**Bar #58606**

08-68936

**MAILING LIST:**

LAURIE K. WEATHERFORD, TRUSTEE
POST OFFICE BOX #3450
WINTER PARK, FL 32790-3450

SARJU H PATEL
1208 ROSCOMARE AVENUE
ORLANDO, FL 32806

KATHLEEN S DAVIES., ESQ.
126 EAST JEFFERSON STREET
ORLANDO, FL 32712

08-68936