UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:10-bk-15735-ABB

In re:

SARJU H. PATEL,
        Debtor(s).
_____/

## ORDER GRANTING DEBTOR'S MOTION TO REINSTATE CASE

THIS CASE came on for consideration upon the Debtor's Motion to Reinstate Case (Documents No. 35). The Court, being fully informed in the premises, finds that as the Trustee has consented to this motion (Document No. 36), that the motion has merit and should be granted and that this case should be reinstated. Accordingly, it is:

ORDERED AND ADJUDGED AS FOLLOWS:

1. That this case is reinstated.
2. That the Order Dismissing Case is hereby vacated.
3. The automatic stay imposed by 11 U.S.C. Section 362 is in full force and effect as to all creditors
4. The Debtor is directed to make payments in accordance with any Order Establishing Deadline for Making Payments entered by this Court.
5. **The Confirmation Hearing in this case shall be re-set for May 10, 2011 at 10:00 a.m.**

DONE AND ORDERED this 4th day of April, 2011.

_____
ARTHUR B. BRISKMAN
United States Bankruptcy Judge

Copies to:

Laurie K. Weatherford, Chapter 13 Trustee, P.O. Box 3450, Winter Park, FL 32790
All Creditors and Parties in Interest